**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amy Collins, Reynaldo Marroquin, and Fred Stewart,
Defendants,

of whom Amy Collins is the Appellant

and

Reynaldo Marroquin and Fred Stewart are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000521

———————

Appeal From Anderson County
Karen F. Ballenger, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-352
Submitted October 14, 2025 – Filed October 16, 2025

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Respondent Fred Stewart.

Nima Fiuzat, of Easley, for Respondent Reynaldo Marroquin.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Kimberly Welchel Pease, of Kimberly Welchel Pease, Attorney at Law, of Seneca, for the Guardian ad Litem.

———————

**PER CURIAM:** Amy Collins appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Collins's counsel.

**AFFIRMED.**[1]

**MCDONALD, HEWITT, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.